**NOT FOR PUBLICATION**

SEP 21 2011

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| JESUS TORRES-JIMENEZ, | No. 10-70895 |
| Petitioner, | Agency No. A092-139-959 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 14, 2011[**]
San Francisco, California

Before: PAEZ, BERZON, and BEA, Circuit Judges.

Pursuant to this court's decision in *Ruben Reyes-Torres v. Holder*, 645 F.3d
1073 (9th Cir. 2011), the order of the Board of Immigration Appeals is vacated and
the case is remanded to the Board for proceedings consistent with that opinion.

**REMANDED.**

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).